UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **GILBERTO RAMIREZ, JR. and MONTANA RAMIREZ,** | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | CIVIL NO. 1:22-cv-00228 |
| **FREEDOM MORTGAGE CORPORATION,** | § § § § | |
| **Defendant.** | § § | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** Plaintiffs Gilberto Ramirez, Jr. and Montana Ramirez ("*Plaintiffs*") and Defendant Freedom Mortgage Corporation ("*Defendant*," and collectively with Plaintiffs, the "*Parties*"), and hereby notify the Court that the Parties have settled the issues relating to the matters presented in this suit.

The Parties anticipate that they will require approximately 30 days to finalize and file dismissal documents disposing of this suit. The Parties request that the court retain this case on the docket for an additional 30 days, so that they may finalize and file the appropriate dismissal documents.

Respectfully submitted on this 1st day of August, 2022.

                                                                     By:  */s/ Kathryn B. Davis*
                                                                     **MATT D. MANNING**
                                                                     State Bar No. 24070210
                                                                     mmanning@mcglinchey.com
                                                                     **KATHRYN B. DAVIS**
                                                                     State Bar No. 24050364
                                                                     kdavis@mcglinchey.com
                                                                     McGlinchey Stafford, PLLC
                                                                     1001 McKinney, Suite 1500
                                                                     Houston, Texas  77002

          Telephone: (713) 520-1900
          Facsimile:  (713) 520-1025

***ATTORNEYS FOR DEFENDANT***
***FREEDOM MORTGAGE CORPORATION***

***AND***

By: */s/ James J. Manchee*
    **JAMES J. MANCHEE**
    State Bar Number 00796988
    jim@mancheelawfirm.com
    MANCHEE & MANCHEE, PC
    5048 Tennyson Parkway, Suite 250
    Plano, Texas 75024
    (972) 960-2240 (telephone)
    (972) 233-0713 (fax)

***ATTORNEYS FOR PLAINTIFFS***